# IN THE SUPREME COURT OF THE STATE OF NEVADA

ROMAIN FILLION,
                Appellant,
          vs.
CAROLINE SICOT,
                Respondent.

No. 75864

**FILED**

NOV 2 0 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
      DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Rena G. Hughes, District Judge, Family Court Division
        Romain Fillion
        Willick Law Group
        Eighth District Court Clerk

18-904969